# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Boanerges Roche-Tuch,<br>a.k.a.: Valentin Roche,<br>( A 089 814 243)<br>*Defendant* | Case No.  17- 6306mJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Boanerges Roche-Tuch, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about May 4, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 15, 2017

_____
*Judge's signature*

City and state:  Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 14, 2017, while conducting surveillance, the Phoenix ICE Fugitive Operations Unit (FUGOPS) encountered Boanerges Roche-Tuch at 2225 W. Indian School Road, in Phoenix, Arizona. At the scene, FUGOPS officers interviewed Roche-Tuch and determined him to be a citizen of Guatemala, illegally present in the United States. On the same date, Roche-Tuch was transported to the Phoenix ICE office for further investigation and processing. Roche-Tuch was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Boanerges Roche-Tuch to be a citizen of Guatemala and a previously deported criminal alien. Roche-Tuch was removed from the United States to Guatemala at or near Mesa, Arizona, on or about May 4, 2012, pursuant to a removal order issued by an immigration judge. There is no record of

1

Roche-Tuch in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Roche-Tuch's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Boanerges Roche-Tuch was convicted of Aggravated Driving Under the Influence of Intoxication Liquor or Drugs, a felony offense, on July 18, 2008, in the Superior Court of Arizona, Maricopa County. Roche-Tuch was sentenced to four (4) months' incarceration and four (4) years' probation. Roche-Tuch's criminal history was matched to him by electronic fingerprint comparison.

5. On August 14, 2017, Boanerges Roche-Tuch was advised of his constitutional rights. Roche-Tuch freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 14, 2017, Boanerges Roche-Tuch, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about May 4, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me this 15th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge